# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:  May 22, 2013 |
| Court Reporter: Janet Coppock | Time: 32 minutes |
| Probation Officer:  n/a | Interpreter: n/a |

## CASE NO.  13-CR-00138-PAB

Parties                                              Counsel

**UNITED STATES OF AMERICA,**                        Mark Dubester

      Plaintiff,

vs.

**STEPHANIE CHARBONEAU,**                            Dennis Hartley

      Defendant.

## MOTIONS HEARING

**10:02 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is not present but is on her way.

Mr. Hartley waives the defendant's appearance at this time to allow the Court to proceed.

**Defendant's Motion to Produce Bruton and Rule 802(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements and a James Hearing in Connection With Those Statements [Docket No. 10].**

Page Two
13-CR-00138-PAB
May 22, 2013

Comments by Mr. Hartley.

Comments by Mr. Dubester.

**ORDERED:**  Defendant's Motion to Produce Bruton and Rule 802(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements and a James Hearing in Connection With Those Statements [Docket No. 10] is **DENIED** for reasons stated on the record.

Defendant's Motion for Disclosure of Identity of Informants [Docket No. 11].

Comments by Mr. Dubester.

Comments by Mr. Hartley.

**ORDERED:**  Defendant's Motion for Disclosure of Identity of Informants [Docket No. 11] is **DENIED in PART and DENIED as MOOT in PART.**

**ORDERED:**  Defendant's Motion for Disclosure of 404(b) Evidence and Rule 609 of the Federal Rules of Evidence [Docket No. 12] is **DENIED as MOOT.**

**ORDERED:**  Defendant's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment [Docket No. 13] is **DENIED as MOOT.**

**ORDERED:**  Defendant's Motion for Disclosure and Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. [Docket No. 14] is **DENIED as MOOT.**

**ORDERED:**  Defendant's Motion for Disclosure and Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rule 16(a)(1)(D) and (E) [Docket No. 15] is **DENIED as MOOT.**

**ORDERED:**  Government's Motion for Issuance of Subpoenas Under Rule 17(c)(1) [Docket No. 16] is **GRANTED**.

**ORDERED:**  Government's expert witness disclosures are due **May 27, 2013.**

**ORDERED:**  Government's exhibit list indicating the Bates stamp numbers of the pages it intends to or may intend to introduce is due by **June 4, 2013.**

Page Three
13-CR-00138-PAB
May 22, 2013

Record should reflect it is now 10:30 a.m. and the defendant still isn't present.  The Court will take a recess until her arrival.

**10:30 a.m.    COURT IN RECESS**

**10:41 a.m.    COURT IN SESSION**

Defendant is present and advised by the Court that Mr. Hartley waived her appearance for the proceedings and questions if she has any objections.

Ms. Charboneau advises that she has no objections.

**ORDERED:**  Bond is continued.

**10:45 a.m.    COURT IN RECESS**

**Total in court time:    32 minutes**

**Hearing concluded**