IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00138-PAB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEPHANIE CHARBONEAU

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, STEPHANIE CHARBONEAU, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to FMC Carswell Satellite Camp (SCP), Naval Air Station, J St Bldg 3000, Fort Worth, Texas, on September 2, 2014, by 12:00 noon, and will travel at her own expense.

    DATED at Denver, Colorado, this 5th day of March 2014.

        BY THE COURT:

        /s Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge