IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00138-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHANIE CHARBONEAU,

        Defendant.

## ORDER EXTENDING VOLUNTARY SURRENDER DATE

Upon report of the probation officer regarding extenuating circumstances related to the designation of the defendant, it is

**ORDERED** that the voluntary surrender date initially set for September 2, 2014, before noon, is extended until February 15, 2015, before noon.

DATED August 18, 2014.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge